FILED
CLERK, U.S. DISTRICT COURT

Aug 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOWSERVE US INC., a Delaware Corporation, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:14-cv-09057-SVW (AJWx)<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: October 3, 2014<br>Trial Date: None Set<br>District Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. Andrew J. Wistrich |

The Court, having granted Defendant Flowserve US Inc.'s ("Flowserve") Motion for Summary Judgment in full based on its determination that there was no genuine issue as to any material fact and that Defendant Flowserve is entitled to judgment as a matter of law on all claims for relief alleged against it.

IT IS HEREBY ORDERED that Plaintiff Albert Cook recover nothing, the action be dismissed on the merits with prejudice, and that Flowserve recover its costs of suit from Plaintiff pursuant to the procedures set forth in Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54.  Defendant Flowserve may file its cost bill no later than fourteen (14) days after the entry of judgment.


**IT IS SO ORDERED.**


Dated:   August 3, 2015

THE HONORABLE STEPHEN V. WILSON